**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15CR299 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CHRISTOPHER BROWN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on November 13, 2017. The Court referred this matter to a magistrate judge to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge George J. Limbert reported that a supervised release violation hearing was held on April 15, 2019. The defendant admitted to the following violations:

1. Law Violation;
2. Travel Outside of the Northern District of Ohio;
3. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on April 15, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release.

A final supervised release violation hearing was conducted on April 22, 2019.

Defendant Christopher Brown was present and represented by Attorney Timothy Ivey. The United States was represented by Assistant United States Attorney David Toepfer. United States Probation Officer Ashley Frank was also present at the hearing.

At the hearing, the defendant waived the 14-day requirement for objections to the report and recommendation. Both parties stated that there were no objections to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of twelve (12) months with credit for time served from April 4, 2019.

Upon release from custody, defendant placed on supervised release for four (4) years, with the same terms and conditions of supervised release as previously ordered. The Court recommends, upon defendant's release from custody, that the defendant be considered for the reentry program in the Northern District of Ohio.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: April 22, 2019

　　　　　　　　　　　　　　　　　　　　　　／s／ Sara Lioi
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**