# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15-cr-299 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CHRISTOPHER A. BROWN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on March 9, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on March 24, 2021. Magistrate Judge Henderson found the defendant to be in violation of the of following:

1. Unauthorized Use of Drugs;
2. Failure to Attend Cognitive Behavioral Treatment.

The magistrate judge filed a report and recommendation on March 24, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in the violation report.

A final supervised release violation hearing was conducted on April 14, 2021. Present were the following: Assistant United States Attorney David Toepfer, representing the United States; Attorney Carolyn Kucharski, representing the defendant; the

defendant, Christopher A. Brown; and United States Probation Officer Ashley Frank.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and also finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in the violation report.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 months on violations 1 and 2, to run concurrently to each other.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of 18 months as to violation 1 and 3 years as to violation 2, both terms to run concurrently to each other under the same terms and conditions originally imposed.

**IT IS SO ORDERED**.

Dated: April 14, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**