# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:15-cr-299 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| CHRISTOPHER A. BROWN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 3, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on January 3, 2023. The defendant admitted to the following violation:

1. Unauthorized Use of Drugs;
2. Failure to Attend Substance Abuse Treatment.

The magistrate judge filed a report and recommendation on January 10, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on January 25, 2023. Present were the following: Assistant United States Attorney Dave Toepfer, Attorney Alvaro DeCola, the defendant Christopher A. Brown, and United States Probation Officer Mark Roth.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and

finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 8 months, with credit for time served in federal custody from January 4, 2023 to date. No supervised release will follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: January 25, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**